**UNITED STATES of America, Plaintiff–Appellee**

v.

**Michael LEWIS, also known as MD, Defendant–Appellant.**

No. 07–10074
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 20, 2008.

J. Michael Worley, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Gina Rene Joaquin, Joaquin & Duncan, Bedford, TX, for Defendant–Appellant.

Before KING, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Michael Lewis has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lewis has filed a response. The record is insufficiently developed to allow consideration at

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

this time of Lewis's claim of ineffective assistance of counsel. *See United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir. 2006). Our independent review of the record, counsel's brief, and Lewis's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.